GAS 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 OCT 13 PM 2:30
CLERK M. Akis
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## Southern District of Georgia
## Dublin Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Tereaki Carter | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 3:05CR00012-1<br>USM Number: 13005-021<br>Michon Walker<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of standard and special conditions of the term of supervision.

☐ was found in violation of a mandatory condition after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant incurred new credit charges and opened additional lines of credit without approval of the probation officer (special condition). | October 2015 |

See page 2 for additional violations

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated and is discharged as to such violation condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 4100

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:

Douglas, Georgia

October 11, 2016
Date of Imposition of Judgment

*/s/ Dudley H. Bowen*
Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

October 13, 2016
Date

DEFENDANT:        Tereaki Carter
CASE NUMBER:   3:05CR00012-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to abide by a curfew from from 10:00 p.m. until 6:00 a.m. (special assessment). | June 7, 2016 |
| 3 | The defendant failed to notify the probation officer at least ten days prior to a change in residence or employment (standard condition). | June 7, 2016 |

DEFENDANT:    Tereaki Carter
CASE NUMBER:    3:05CR00012-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    **8 months, with no supervision to follow.**

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    ☐ a.m.    ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL